## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FRANCIS BOYD, | : | No. 105 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| PHILADELPHIA COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.